IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DANIEL ARMANDO REYES REYES | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:25-cv-02167 (AJT/LRV) |
| JOSEPH SIMON, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Before the Court is Petitioner Daniel Armando Reyes Reyes' Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on November 25, 2025.

Petitioner is a citizen of El Salvador, who entered the United States without inspection in 2022. [Doc. No. 1] ¶¶ 2, 42. Petitioner lives in Ashburn, Virginia with his brother, who is a permanent resident, his spouse, and his five-year-old daughter. *Id.* ¶ 42. On or around November 7, 2025, Petitioner was arrested by ICE following his release from Loudoun County Detention Center, where he was briefly detained for a DUI violation. *Id.* ¶ 43. Petitioner was then transferred to the Farmville Detention Center, where he remains in detention. *Id.* ¶ 1. Petitioner was issued a Notice to Appear ("NTA"), charging him with being inadmissible under 8 U.S.C. § 1182(a)(6)(A)(i) and thus removable subject to removal proceedings. *Id.* ¶ 44. Petitioner has not been provided a bond hearing. *Id.* ¶ 3.

On November 26, 2025, in response to a Court order, Respondents submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJTWBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court cited therein. [Doc. No. 4]. Accordingly, the Court incorporates the filings in *Hernandez* into the record of this habeas action. For the reasons

stated in *Hernandez*, the Petition is GRANTED, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

**ORDERED** that if Petitioner is granted bond by an Immigration Judge, Respondents are ENJOINED from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

**ORDERED** that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record.

Alexandria, Virginia
December 2, 2025

Anthony J. Trenga
Senior United States District Judge

2